| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>LAW OFFICES OF STEVEN A. SERNA, LLC<br>5300 Bergenline Avenue, Suite 300<br>West New York, New Jersey 07093<br>Telephone Number (201)392-0303<br>Attorney for Debtor<br>Email: bk@sernaesq.com | Order Filed on November 1, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

CHRISTIAN INGLE,

Debtor.

Case No.: 16-21664-RG

Chapter: 13

Judge: Rosemary Gambardell

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 1, 2017**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____06/27/2016_____ :

Property:    202 49th Street, Union City, NJ

Creditor:    US Bank National Association

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____01/19/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Christian Ingle  
    Debtor

Case No. 16-21664-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 02, 2017  
Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.  
db      Christian Ingle,    202 49th St,    Union City, NJ    07087-7734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:

     James Patrick Shay    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2006-8, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2006-8 james.shay@phelanhallinan.com  
     Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@scarincihollenbeck.com  
     Marie-Ann Greenberg    magecf@magtrustee.com  
     Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2006-8, HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2006-8 nj.bkecf@fedphe.com  
     Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-8, Home Equity Pass- Through Certificates, Series 2006-8, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com  
     Steven A. Serna    on behalf of Debtor Christian   Ingle bk@sernaesq.com

           TOTAL: 6