UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: 16-21664

INGLE, CHRISTIAN     Chapter: 7 -- Liquidation

Judge: ROSEMARY GAMBARDELLA

**NOTICE OF PROPOSED ABANDONMENT**

Nicholas J. Delzotti, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable ROSEMARY GAMBARDELLA on 05/01/2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's property is located at<br>202 49th Street<br>Union, NJ 07087<br>Property has a fair market value of $311,833.00 per<br>Extra Realty Galvan Group |
|---|---|

| Liens on property: | Mortgage is held by<br>US Bank, NA<br>with a balance of<br>$887,640.00<br>With the cost of sale the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Nicholas J. Delzotti

Address: PO Box, 20117, Newark, NJ 07102

Telephone No.: (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

rev.8/1/15

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                       Case No. 16-21664-RG
Christian Ingle                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2              Date Rcvd: Mar 28, 2018
                              Form ID: pdf905              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db             Christian Ingle,    202 49th St,    Union City, NJ 07087-7734
cr            +City of Union City,    Joel R. Glucksman, Esq.,    Scarinci & Hollenbeck,
                1100 Valley Brook Avenue,    PO Box 790,    Lyndhurst, NJ 07071-0790
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,     Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516237509      #Amerifinancial Solutio,    PO Box 7,    Vassar, MI 48768-0007
516292396     +Baxter Financial LLC,    c/o Fein Such Kahn & Shepard, PC,     7 Century Dr., Suite 201,
                Parsippany, NJ 07054-4609
516237510     +Baxter Financial Ll C,    9131 S Monroe Plaza Way,    Sandy, UT 84070-4608
516237511      Commonwealth of Pennsylvania,    4105 Derry St,    Harrisburg, PA 17111-2244
516237512      Convergent Outsourcing,    800 SW 39th St,    Renton, WA 98057-4975
516237513     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court:   DirecTV,    PO Box 78626,    Phoenix, AZ 85062-8626)
516452122      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
516457843      Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                Carol Stream, IL 60197-5008
516237514      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516237517      HUDSON COUNTY SPECIAL,    595 Newark Ave,    Jersey City, NJ 07306-2394
516237516     +Hoboken Emergency Physicians PC,    PO Box 8500-2216,    Philadelphia, PA 19178-0001
516237518      Jackson Capital Inc,    420 Grant Ter,    Mamaroneck, NY 10543-1410
516237519      Mark L. Nichter, P.C.,    44 S Broadway,    White Plains, NY 10601-4425
516237520      Mount Sinai Radioogy Dept,    1 Gustave L Levy Pl # 12,    New York, NY 10029-6500
516237521      NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
516237522      North Hudson Sewerage Authority,    PO Box 71352,    Philadelphia, PA 19176-1352
516399801     +North Hudson Sewerage Authority,    1600 Adams Street,    Hoboken, New Jersey 07030-2304
516237523      Phelan Hallinan & Schmieg, PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
517069773     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
517069774     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516237525      T-Mobile US,    3321 S Congress Ave Ste B,    Palm Springs, FL 33461-3072
516237526      Trans Continental Credit,    PO Box 5055,    White Plains, NY 10602-5055
516237527      #Tsi/909,    PO Box 17205,    Wilmington, DE 19850-7205
516426610      US BANK N.A., AS TRUSTEE FOR CREDIT et.al.,    AMERICAS SERVICING COMPANY,
                Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516237528     ++++US BANK NA (C/O ASC,    50 S 16TH ST STE 1960,    PHILADELPHIA PA 19102-2517
              (address filed with court:   US Bank NA (c/o ASC,    50 S 16th St Ste 1950,
                Philadelphia, PA 19102-2517)
516237529      Velocity Investments LLC,    1800 State Route 34 Ste 404A,    Wall Township, NJ 07719-9147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 28 2018 23:12:53     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 28 2018 23:12:51     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516237515      E-mail/Text: fggbanko@fgny.com Mar 28 2018 23:12:11     Forster, Garbus & Garbus,    7 Banta Pl,
                Hackensack, NJ 07601-5604
516237524      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2018 23:15:23
                Portfolio Recovery Associates,    140 Corporate Blvd,    Norfolk, VA 23502-4952
516473294      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2018 23:15:48
                Portfolio Recovery Associates, LLC,    c/o Union Privilege,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’++++’ were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 28, 2018
                              Form ID: pdf905          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
               SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2006-8, HOME EQUITY
               PASS-THROUGH CERTIFICATES, SERIES 2006-8 nj.bkecf@fedphe.com
              Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@scarincihollenbeck.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2006-8, HOME
               EQUITY PASS-THROUGH CERTIFICATES, SERIES 2006-8 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               Home Equity Asset Trust 2006-8, Home Equity Pass- Through Certificates, Series 2006-8, U.S. Bank
               National Association, as Trustee rsolarz@kmllawgroup.com
              Steven A. Serna    on behalf of Debtor Christian   Ingle bk@sernaesq.com
                                                                                             TOTAL: 7
```