**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christian Ingle | Social Security number or ITIN  xxx–xx–3618 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–21664–RG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christian Ingle

5/25/18                                  **By the court:** Rosemary Gambardella
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-21664-RG
Christian Ingle                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: May 25, 2018
                              Form ID: 318             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
```
db             Christian Ingle,    202 49th St,    Union City, NJ   07087-7734
cr            +City of Union City,    Joel R. Glucksman, Esq.,     Scarinci & Hollenbeck,
               1100 Valley Brook Avenue,    PO Box 790,    Lyndhurst, NJ 07071-0790
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE,      Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516237509     #Amerifinancial Solutio,    PO Box 7,    Vassar, MI   48768-0007
516292396     +Baxter Financial LLC,    c/o Fein Such Kahn & Shepard, PC,     7 Century Dr., Suite 201,
               Parsippany, NJ 07054-4609
516237510     +Baxter Financial Ll C,    9131 S Monroe Plaza Way,    Sandy, UT 84070-4608
516237511      Commonwealth of Pennsylvania,    4105 Derry St,    Harrisburg, PA   17111-2244
516452122      Department Store National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA   98083-0657
516457843      Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
               Carol Stream, IL   60197-5008
516237517      HUDSON COUNTY SPECIAL,    595 Newark Ave,    Jersey City, NJ   07306-2394
516237516     +Hoboken Emergency Physicians PC,     PO Box 8500-2216,    Philadelphia, PA 19178-0001
516237518      Jackson Capital Inc,    420 Grant Ter,    Mamaroneck, NY   10543-1410
516237519      Mark L. Nichter, P.C.,    44 S Broadway,    White Plains, NY   10601-4425
516237520      Mount Sinai Radioogy Dept,    1 Gustave L Levy Pl # 12,     New York, NY   10029-6500
516237521      NCB Management Services, Inc.,     PO Box 1099,    Langhorne, PA   19047-6099
516399801     +North Hudson Sewerage Authority,     1600 Adams Street,    Hoboken, New Jersey 07030-2304
516237522      North Hudson Sewerage Authority,     PO Box 71352,    Philadelphia, PA   19176-1352
516237523      Phelan Hallinan & Schmieg, PC,     400 Fellowship Rd Ste 100,    Mount Laurel, NJ   08054-3437
517069773     +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517069774     +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516237525      T-Mobile US,    3321 S Congress Ave Ste B,    Palm Springs, FL   33461-3072
516237526      Trans Continental Credit,    PO Box 5055,    White Plains, NY   10602-5055
516237527     #Tsi/909,    PO Box 17205,    Wilmington, DE   19850-7205
516426610      US BANK N.A., AS TRUSTEE FOR CREDIT et.al.,     AMERICAS SERVICING COMPANY,
               Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516237528     ++++US BANK NA (C/O ASC,    50 S 16TH ST STE 1960,    PHILADELPHIA PA   19102-2517
              (address filed with court:  US Bank NA (c/o ASC,     50 S 16th St Ste 1950,
               Philadelphia, PA   19102-2517)
516237529      Velocity Investments LLC,    1800 State Route 34 Ste 404A,    Wall Township, NJ   07719-9147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 25 2018 23:29:42      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2018 23:29:38      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516237512      EDI: CONVERGENT.COM May 26 2018 03:08:00      Convergent Outsourcing,    800 SW 39th St,
               Renton, WA   98057-4975
516237513      EDI: DIRECTV.COM May 26 2018 03:08:00      DirectTV,    PO Box 78626,    Phoenix, AZ   85062-8626
516237514      EDI: TSYS2.COM May 26 2018 03:03:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH   45040-8999
516237515      E-mail/Text: fggbanko@fgny.com May 25 2018 23:29:01      Forster, Garbus & Garbus,    7 Banta Pl,
               Hackensack, NJ   07601-5604
516237524      EDI: PRA.COM May 26 2018 03:03:00      Portfolio Recovery Associates,    140 Corporate Blvd,
               Norfolk, VA   23502-4952
516473294      EDI: PRA.COM May 26 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o Union Privilege,
               POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 8
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2         User: admin              Page 2 of 2          Date Rcvd: May 25, 2018
                             Form ID: 318             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
               SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2006-8, HOME EQUITY
               PASS-THROUGH CERTIFICATES, SERIES 2006-8 nj.bkecf@fedphe.com
              Joel R. Glucksman    on behalf of Creditor    City of Union City jglucksman@scarincihollenbeck.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2006-8, HOME
               EQUITY PASS-THROUGH CERTIFICATES, SERIES 2006-8 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               Home Equity Asset Trust 2006-8, Home Equity Pass- Through Certificates, Series 2006-8, U.S. Bank
               National Association, as Trustee rsolarz@kmllawgroup.com
              Steven A. Serna    on behalf of Debtor Christian   Ingle bk@sernaesq.com
                                                                                             TOTAL: 7
```